Peter Strojnik (Sr.)
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

Plaintiff *in Propria Persona*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>vs.<br><br>CYPRESS INN INVESTORS, dba The Vagabond's House,<br><br>Defendant. | Case No.: 3:19-CV-03981<br><br>STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE |

The parties hereto, Plaintiff and counsel for The Vagabond's House (incorrectly named as Cypress Inn Investors, hereafter "Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff and Defendant entered into a Settlement Agreement;

WHEREAS, Plaintiff and Defendant hereby stipulate to a dismissal with prejudice of the Complaint, each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: August 7, 2019     By: _____
                              Peter Strojnik (Sr.), Plaintiff in pro per

DATED: August 7, 2019

SWARTZ & KENNEDY

By: _____
    ANDREW H. SWARTZ
    Attorneys for Defendant

1  Based on the foregoing stipulation, the Complaint is hereby dismissed with prejudice.
2  IT IS SO ORDERED.

4  DATED: August 14, 2019

By: /s/ Richard Seeborg
Richard Seeborg,
United States District Court Judge